NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ADT LLC, THE ADT SECURITY CORP.,**

*Appellants*

v.

**INTERNATIONAL TRADE COMMISSION,**

*Appellee*

---

2022-2111

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1273.

---

## **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                                                                    ADT LLC v. ITC

(2)  Each side shall bear their own costs.


                                        FOR THE COURT

August 25, 2022
       Date                             /s/ Peter R. Marksteiner
                                        Peter R. Marksteiner
                                        Clerk of Court


**ISSUED AS A MANDATE:** August 25, 2022